**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1047**

EMMANUELA OBI,

        Plaintiff – Appellant,

    v.

VIRGINIA STATE UNIVERSITY,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:12-cv-00825-JAG)

Submitted: February 21, 2013     Decided:  March 27, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Emmanuela Obi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuela Obi appeals the district court's order dismissing Obi's civil action without prejudice.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Obi v. Virginia State Univ., No. 3:12-cv-00825-JAG (E.D. Va. Jan. 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Generally, orders dismissing complaints without prejudice are interlocutory and not appealable. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). However, orders dismissing actions or cases in their entirety without prejudice generally are appealable. Chao v. Rivendell Woods, Inc., 415 F.3d 342, 345 (4th Cir. 2005). We find that the district court's order is an appealable order because the action was dismissed in its entirety and the district court's order indicates that "amendment of [Obi's] complaint would not permit [her] to continue the litigation in the district court." Id.